

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2022

No. 04-21-00536-CV

**IN THE INTEREST OF B.N.A.T, A.S.A.T., S.G.A.T.**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI02828
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

The reporter's record was due on January 3, 2022. *See* TEX. R. APP. P. 35.1(c). On December 30, 2021, court coordinator Denise Garza advised this court that Appellant has neither requested the reporter's record nor paid for the recording of the hearing to be transcribed.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's record has been requested and arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a restricted appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court